JS-6

1   **Terrence J. Moore, Esq. (SBN 153561)**
    **MOORE & AFFILIATES**
2   **Professional Law Corporation**
    1010 N. Ross St., Suite 200
3   Santa Ana, CA 92701
    Business Phone: (714) 541-2500
4   Facsimile: (714) 541-4004
    terry@taxbizlawyer.com
5
6   Attorneys for Petitioner Providian Holdings, Inc.
    and Providian Staffing Corporation
7
8                **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE**
10
11
12  Providian Holdings, Inc.,  Providian    )   Case No  ED CV 14-00860 JFW (SHx)
    Staffing Corporation,                    )
13                                           )   [PROPOSED] **ORDER GRANTING**
                                             )   **STIPULATION BETWEEN**
14           PETITIONERS,                    )   **PETITIONERS AND RESPONDENT**
                                             )   **TO DISMISS PETITION TO QUASH**
15           vs.                             )   **SUMMONS**
                                             )
16  United States of America,                )
                                             )
17                                           )
             RESPONDENT.                     )
18                                           )
                                             )
19                                           )
                                             )
20  _____     )
21  ///
22  ///
23  ///
24  ///
25
26
27
28
─────────────────────────────────────────────
[PROPOSED] ORDER FOR DISMISSAL OF PETITIONERS PETITION TO QUASH
                    Page 1          Case no.: ED CV 14-00860 JFW (SHx)
F:\Scans\Luisana\7.24.14 Proposed Order to Dismissal v2 (1308.01 Providian).docx

MOORE & AFFILIATES, PLC
1010 N. ROSS ST., SUITE 200
SANTA ANA, CA 92701
(714) 541-2500

Based upon the Stipulation filed by the Parties in this action, and for good cause appearing, it is hereby Ordered that:

1.      That the Petition to Quash Summons, filed on April 30, 2014 with respect to the IRS summons issued to Chase Bank, N.A. on April 16, 2014, be dismissed without prejudice..

2.      As between Petitioners Providian Holdings, Inc., and Providian Staffing, Inc., and Respondent United States of America, each party shall bear its own costs and attorney's fees in connection with this proceeding.

**IT IS SO ORDERED.**

DATED: 8/11/11

_____
Honorable Stephen J. Hillman
UNITED STATES MAGISTRATE JUDGE


Respectfully submitted,


MOORE & AFFILIATES,
Professional Law Corporation


/s/

_____
Terrence J. Moore, Esq.
Attorney for Petitioners,
Providian Holdings, Inc. and
Providian Staffing, Inc.

MOORE & AFFILIATES, PLC
1010 N. ROSS ST., SUITE 200
SANTA ANA, CA 92701
(714) 541-2500